IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATAWNYA COWAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>US DEPT OF HOUSING & URBAN DEVELOPMENT, and US HUD,<br><br>             Defendants. | 8:25CV339<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on its own motion. On October 21, 2025, the Clerk of the Court sent an order to Plaintiff and it was returned to this Court as undeliverable. *See* Filing No. 8, Case No. 8:25CV163. Further inquiry by the Clerk's office into Plaintiff's correct contact information resulted in an unsigned e-mail response indicating Plaintiff is deceased. *See* Filing No. 9, Case No. 8:25CV163. Plaintiff has an obligation to keep the Court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this order to Plaintiff at the address on file in this case, the address on file in Case No. 8:25CV163, and to the following address: Social & Legal Advocacy, 299 17th Street, San Diego, CA 92101.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **December 8, 2025**: check for address.

Dated this 6th day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge